UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. RILEY                        )
                                        )
                     Plaintiff,         )        CASE NO.  C04-485-RSL-MJB
                                        )
        v.                              )        ORDER OF VOLUNTARY
                                        )        DISMISSAL
JOHN DOE, et al.,                       )
                                        )
                     Respondents.       )
_____ )

        Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 19,

2004.  (Dkt. # 7).  On February 7, 2006, the parties filed a stipulation for voluntary

dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  (Dkt.

#31).   Accordingly, it is hereby ORDERED that this matter is dismissed without

prejudice.

        DATED this 15th day of February, 2006.

                                        MN S Lasnik
                                        _____
                                        Robert S. Lasnik
                                        United States District Judge

Recommended for Entry
this _____ day of February, 2006.


 /s/Monica J. Benton
_____
MONICA J. BENTON
United States Magistrate Judge


ORDER OF DISMISSAL
Page - 1